

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN S. SCHOWENGERDT**
*Assistant Corporation Counsel*
Labor & Employment Law Division
212-356-1181
Fax No. 212-788-0940
jschowen@law.nyc.gov
(E-Mail and Fax Not For Service)

October 4, 2013

**BY ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Suarez, et al, v. City of New York et, al.</u>, 11 Civ. 5812
           (SLT) (VMS)

Dear Judge Scanlon:

   I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant the City of New York ("City") in the above referenced case. I write on behalf of plaintiffs and the City pursuant to the Court's September 19, 2013 Scheduling Order.

   First, plaintiffs and the City have reached an agreement on the scope of the production of additional EETP's, as discussed during our conference with the Court on September 19, 2013.

   Second, the parties respectfully inform the Court that they would be available to attend a joint settlement conference with Your Honor for both plaintiffs on either November 12, or November 13, 2013.

   The parties thank the Court for its attention to these matters.

               Respectfully submitted,

                /s/

               John S. Schowengerdt
               Assistant Corporation Counsel

**HONORABLE VERA M. SCANLON**
United States Magistrate Judge
Suarez, et al, v. City of New York et, al.,
11 Civ. 5812
October 4, 2013
Page 2

cc:   Michael G. O'Neill, Esq. (via ECF)
      Law Office of Michael G. O'Neill
      30 Vesey Street, Third Floor
      New York, New York 10007

      Mika M. Mooney, Esq. (via ECF)
      Shafer Glazer, LLP
      90 John Street, Suite 701
      New York, New York 10038