Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 12/8/2015

Case: Suary v City of NY

Civ. A. 11-5812 (SLT)(VMS)    14cv5403

ECF Recording in 504N:    ☑ Telephone Conference    ☐ In-person Conference

9:25 – 9:53

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record — [81] is granted in part, denied in part.

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer    ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference    Date:    Time:
    ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☑ Joint letter confirming discovery is concluded    1/5/16

☑ Summary judgment to be initiated    ☑ PMC letter ☐ Briefing    1/29/16

☑ Joint pre-trial order to be filed    ☑ Letter for conference ☐ Proposed JPTO    1/29/16

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: Suarez v City of NY      Civ. A. 11-5812

Date: 12/8/2015

**Additional Orders:**

For the reasons stated in the record, Πs must appear in NYC for their depositions by the end of the year.

Mr. Garvey's deposition as Δ's 30(b)(6) witness, must be taken by 12/31/15.

As to the documents requested in the [81] letter, counsel remain in discussions. Counsel will produce the documents as expeditiously as possible.

Πs are to provide supplemental releases of medical records on or before the deposition dates.

Counsel will consider Πs' settlement demand.

Page 2 of 2